UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

10/17/2024

Via ECF:
Daniel Mazzocchi
9 Vicar Lane
Levittown, PA 19054

RE: Daniel Mazzochi v. Bucks County Department of Corrections, et al

CIVIL ACTION NO: 24-3094

Dear Mr. Mazzocchi:

A review of the Court's records shows that service of the complaint has not been made on Defendants Bucks County Department of Corrections, County of Bucks and Lauren Smith in the above-captioned action.

In order to eliminate a delay in bringing this case to trial, service must be made by November 18, 2024, in accordance with Rule 4 of the Federal Rules of Civil Procedure.  Proof of service must be filed with the Clerk's Office within five days of service. If service is not made within the time set forth above, the Court will dismiss the Complaint without prejudice for lack of prosecution.

                                                Very truly yours,

                                                <u>s/Ulrike Bower</u>

                                                Ulrike Bower

                                                Deputy Clerk to Judge Kearney

Civ. 22