IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL MAZZOCHI | : CIVIL ACTION |
| | : |
| v. | : NO. 24-3094 |
| | : |
| BUCKS COUNTY DEPARTMENT OF CORRECTIONS, COUNTY OF BUCKS, LAUREN SMITH | : : : |

## ORDER

**AND NOW**, this 26th day of November 2024, noting Plaintiff has not filed proof of service upon the named Defendants consistent with our August 19, 2024 Order (ECF 7) or our October 17, 2024 Letter (ECF 8) reminding Plaintiff of his service obligations, and for good cause, it is **ORDERED** we **DISMISS** Plaintiff's Complaint (ECF 1) without prejudice for lack of prosecution and the Clerk of Court shall **CLOSE** this case.

_____
KEARNEY, J.